IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MELODIE ILEEN THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security <br><br> Defendant. | 20-CV-80-DLC-KLD <br><br><br> ORDER |

Defendant electronically filed the certified administrative record in this matter on December 30, 2020. (Doc. 16.) **IT IS HEREBY ORDERED** that on or before **April 30, 2021,** Defendant shall submit to the Clerk's Office, at the Russell Smith Courthouse, 201 East Broadway, Missoula, MT 59802, a courtesy copy of the electronically filed certified administrative record.

DATED this 23rd day of April, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge