UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MELODIE I.T., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br><br> Defendant. | Case No. CV-20-080-M-KLD <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment be DENIED and the Commissioner's decision denying Plaintiff's claims for disability insurance benefits and supplemental security income benefits is AFFIRMED.

Dated this 1st day of July, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk